UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD M. DELAY,<br><br>   Plaintiff,<br><br>  v.<br><br>ACE HEATING, INC., a Washington Corporation, and TIMOTHY M. HAYES a single individual,<br><br>   Defendants. | Case No. C06-1008C<br><br>TAXATION OF COSTS |

  Costs in the above-entitled cause are hereby taxed against DEFENDANTS and on behalf of PLAINTIFF in the unopposed amount of $1,362.64.

  Entered this  17  day of OCTOBER , 2007 .

*Bruce Rifkin (signature)*

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1