THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD DELAY, | CASE NO. C06-1008-JCC |
| Plaintiff, | ORDER |
| v. | |
| ACE HEATING, INC., *et al.*, | |
| Defendants. | |

This matter comes before the Court on Plaintiff-Judgment Creditor's unopposed motion for an extension of the life of the judgment (Dkt. No. 76). Plaintiff's application is timely and the documentation provided supports the requested updates. Therefore, the motion is GRANTED. The judgment is updated as follows:

Judgment Creditor:              Gerald M. Delay

Judgment Creditor's Attorney:   James W. Beck
                                Gordon Thomas Honeywell LLP
                                1201 Pacific Avenue, Suite 2100
                                Tacoma, WA 98402

Judgment Debtors:               Timothy M. Hayes and Ace Heating, Inc.

Amount of Judgment:             $542,000.00

Amount of Attorney Fees and Prior Costs:   $70,971.87

ORDER
PAGE - 1

| | |
|---|---|
| Amount of Interest Owed to Date: | $297,297.63[1] |
| Total Taxable Costs: | $241.49 |

It is hereby ORDERED that the life of the judgment first entered on September 12, 2007, (Dkt. No. 58), and later amended, (Dkt. No. 72), is extended for an additional ten-year period for all purposes permitted under Washington Revised Code §§ 6.17.020(3), 4.16.020, 4.56.190, and 4.56.210.

DATED this 25th day of July 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's briefing and documentation indicate the amount of interest owed to date is $297,297.63; however, the proposed order indicates the amount is $297,287.63. (*Compare* Dkt. No. 76 *with* Dkt. No. 76 at 1.) The Court construes the proposed order amount as a typo unless otherwise notified by the parties.

ORDER
PAGE - 2